Francisco **ESTRADA–RAMIREZ,**
Petitioner,

v.

Alberto R. **GONZALES,** Attorney
General, Respondent.

No. 05–76598.

United States Court of Appeals,
Ninth Circuit.

Submitted April 10, 2006.*

Filed April 19, 2006.

Frank P. Sprouls, Esq., Law Office of
Ricci and Sprouls, San Francisco, CA, for
Petitioner.

Ronald E. Lefevre, Chief Counsel, Office
of the District Counsel Department of
Homeland Security, San Francisco, CA,
Hillel Smith, DOJ—U.S. Department of
Justice Civil Div./Office of Immigration
Lit., Washington, DC, for Respondent.

Before: KOZINSKI, RYMER and
PAEZ, Circuit Judges.

MEMORANDUM **

Respondent's unopposed motion for
summary disposition is granted because
the questions raised by this petition for
review are so insubstantial as not to re-
quire further argument. *See United
States v. Hooton,* 693 F.2d 857, 858 (9th
Cir.1982) (per curiam) (stating standard).
Accordingly, this petition for review is de-
nied. *See* 8 U.S.C. § 1182(a)(6)(C)(i).

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the

All other pending motions are denied as
moot. The temporary stay of removal and
voluntary departure confirmed by Ninth
Circuit General Order 6.4(c) and *Desta v.
Ashcroft,* 365 F.3d 741 (9th Cir.2004), shall
continue in effect until issuance of the
mandate.

**PETITION FOR REVIEW DENIED.**

courts of this circuit except as provided by
9th Cir. R. 36–3.

